**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**GEMINI INSURANCE COMPANY**
    *Plaintiff*,

**v.**                            **Case No.: 1:22cv129-MW/HTC**

**SHELTON PROPERTY
MANAGEMENT INC., et al.,**
    *Defendants*.
_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 50. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Jurisdiction is retained to enforce the order to comply with the settlement agreement. Accordingly, the Clerk must close the file.

    **SO ORDERED on November 20, 2023.**

                               **s/Mark E. Walker**_____
                               **Chief United States District Judge**